## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER W. BAHAN, | : | Case No. 1:18-CV-01414-JES-JEH |
| Plaintiff, | : | |
| v. | : | |
| CNH INDUSTRIAL AMERICA LLC, | : | |
| Defendant. | : | |

### DEFENDANT CNH INDUSTRIAL AMERICA LLC'S CERTIFICATE OF INTEREST

The undersigned, counsel of record for CNH Industrial America LLC, Defendant, furnishes the following in compliance with Rule 11.3 of this Court.

1) The full name of every party or amicus the attorney represents in this case:

    CNH Industrial America LLC

2) If such party or amicus is a corporation: (a) its parent corporation, if any; and (b) a list of the corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company:

    CNH Industrial America LLC is a privately held Delaware limited liability company whose sole member is Case New Holland Industrial, Inc. Case New Holland Industrial, Inc. is a Delaware corporation whose sole shareholder is CNH Industrial U.S. Holdings Inc. CNH Industrial U.S. Holdings Inc. is a Delaware corporation and a wholly owned subsidiary of CNH Industrial N.V. which is a Netherlands public limited liability company with its principal office in the

United Kingdom.  CNH Industrial N.V.'s common shares are listed on the New York Stock Exchange and the Mercato Telematico Azionario, organized and managed by the Borsa Italiana S.p.A.  CNH Industrial N.V. qualifies as a "foreign private issuer" under the U.S. federal securities laws.

3) The name of all law firms whose partners or associates appear for a party or are expected to appear for a party in the case:

Frost Brown Todd LLC and Davis & Campbell L.L.C.

Date: February 6, 2019                                  Respectfully submitted,

                                                        FROST BROWN TODD LLC

                                                        By: */s/ Jennifer A. Rulon*
                                                            Jennifer A Rulon
                                                            FROST BROWN TODD LLC
                                                            9277 Centre Pointe Drive, Suite 300
                                                            West Chester, OH 45069
                                                            (513) 870-8219
                                                            Fax:  (513) 870-0999
                                                            jrulon@fbtlaw.com

                                                        *Attorneys for CNH Industrial America LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dawn L. Wall
COSTIGAN & WOLLRAB, P.C.
308 East Washington Street
P.O. Box 3127
Bloomington, IL 61702
dwall@cwlawoffice.com

                                                     */s/ Jennifer A. Rulon*
                                                     Jennifer A. Rulon

LR06631.0655309   4813-2867-9047v1